IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN J. RUSSO | CRIMINAL<br>NO. 20-047 |

## ORDER

**AND NOW**, this 7th day of December, 2021, upon consideration of the defendant's Motion for Compassionate Release (ECF #37) and the Government's response in opposition thereto, it is hereby **ORDERED** that the defendant's Motion for Compassionate Release is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**Jeffrey L. Schmehl, J.**