IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. RUSSO | CIVIL ACTION |
| | NO. 22-1982 |
| | CRIMINAL ACTION |
| | NO. 20-47 |
| v. | |
| MICHAEL CARAVAJAL, Director of The Bureau of Prisons, et al. | |

# ORDER

**AND NOW**, this 7th day of November, 2022, it is hereby **ORDERED** that

1. The Government's Motion to Dismiss the Petition for a Writ of Habeas Corpus under 22 U.S.C. § 2241 [Doc. 5 in Civ. No. 22-1982 and Doc. 68 in Cr. No. 20-47] is **GRANTED** for failure to exhaust administrative remedies.

2. The Petition for a Writ of Habeas Corpus is **DISMISSED** without prejudice to refile after Petitioner has exhausted his administrative remedies as outlined in the Court's Memorandum and, after so doing, Petitioner is still not satisfied with the results.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.